ESTELLE BYKOFSKY et al., Respondents, v. IRVING KASHER, Doing Business as SARGON KNITWEAR, Defendant, and LEONARD KASHER, Appellant.—

No opinion. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.